**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

Case Title: Gregory Dobbins v. City of          Case Number: 19cv3322
Chicago et al.

An appearance is hereby filed by the undersigned as attorney for:
Ronald Watts

Attorney name (type or print):  Lisa M. McElroy

Firm:    JOHNSON & BELL, LTD.

Street address:      33 West Monroe Street, Suite 2700

City/State/Zip:    Chicago, IL 60603

Bar ID Number:  6330108                         Telephone Number:    (312) 372-0770
(See item 3  in instructions)

Email Address: McElroyL@jbltd.com

Are you acting as lead counsel in this case?              ☐ Yes    ☒ No

Are you acting as local counsel in this case?             ☐ Yes    ☒ No

Are you a member of the court's trial bar?                ☐ Yes    ☒ No

If this case reaches trial, will you act as the trial attorney?    ☐ Yes    ☒ No

If this is a criminal case, check your status.      ☐     Retained Counsel

                                                    ☐     Appointed Counsel
                                                          If appointed counsel, are you a

                                                          ☐ Federal Defender

                                                          ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's
general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14.
I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this
statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 20, 2019

Attorney signature:      S/ Lisa M. McElroy
                         (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015